USDC SCAN INDEX SHEET









USA

CAZARES

CG
3:96-CR-01580
*11*
*CRINDI.*

FILED

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

May 1996 Grand Jury

'96 15 0 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENRIQUE CAZARES (1),<br>JAMES ROUSE (2),<br>ISMYEL URIBE (3),<br>SANTOS HERNANDES (4),<br>RICHARD MCCABE SIMPSON (5),<br>　aka Richard Lee Allen<br>JAMES GUIDO (6),<br><br>　　　　Defendants. | Criminal Case No.<br><br>**I N D I C T M E N T**<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine |

The grand jury charges:

Beginning at a date unknown and continuing up to and including August 7, 1996, within the Southern District of California, defendants ENRIQUE CAZARES, JAMES ROUSE, ISMYEL URIBE, SANTOS HERNANDES, RICHARD MCCABE SIMPSON, aka Richard Lee Allen, and JAMES GUIDO, did knowingly and intentionally conspire together and with other persons unknown to the grand jury to distribute methamphetamine, a Schedule II Controlled Substance, in violation

//

DTF:mdd:San Diego
08/20/96

1  of Title 21, United States Code, Section 841(a)(1); all in
2  violation of Title 21, United States Code, Section 846.
3      DATED: August 21, 1996.

A TRUE BILL

*[signature]*
Foreperson

ALAN D. BERSIN
United States Attorney

By *[signature]*
D. THOMAS FERRARO
Assistant U.S. Attorney

2